■ In the Matter of EUGENE THARP, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent denying petitioner's application for temporary release, petitioner appeals from a judgment of the Supreme Court, Westchester County (Burchell, J.), dated June 8, 1984, which dismissed the proceeding on the merits.

Judgment affirmed, without costs or disbursements. (*Matter of Hoffman v Wilson,* 86 AD2d 735; *Matter of Maisonet v Wilson,* 87 AD2d 925.) Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.